### UNITED STATES v. GABRIEL.

(Circuit Court, S. D. New York. January 18, 1900.)

#### No. 2,793.

CUSTOMS DUTIES—CLASSIFICATION—GROUND TALC.

  Ground talc is dutiable under section 6 of the tariff act of 1897, as a nonenumerated article partly manufactured, and not under paragraph 97.

This is an application by the collector of customs at New York for a review of the decision of the board of general appraisers.

The merchandise was classified and assessed for duty at 35 per cent. ad valorem, as an article composed wholly or in chief value of earthy and mineral substance, under paragraph 97 of the act of congress of July 24, 1897. The importers claim it should be assessed at 20 per cent. ad valorem, as an article manufactured in whole or in part not provided for in said act, under the provision of section 6 thereof. The board of general appraisers decided the material was dutiable at 20 per cent., for the reasons that this ground talc is not a French chalk; that it is not an article composed of a mineral substance, not decorated in any manner; that it is a ground mineral; that it is a nonenumerated, partly manufactured article.

Curie & Smith, for importers.

D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. This ground talc is a mineral substance, but not such as can be decorated, and does not appear to fall under paragraph 97 of the act of 1897, as claimed. Dingelstedt v. U. S., 33 C. C. A. 395, 91 Fed. 112. Decision affirmed.